UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM CARDEN, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action No. 10-10541-JLT |
| | * |
| JOSEPH J. KLUCZNIK, et al., | * |
| | * |
| Defendants. | * |

ORDER

March 31, 2011

TAURO, J.

After a Motion Hearing held on February 17, 2011, this court hereby orders that, for the reasons set forth in the accompanying Memorandum, this court abstains from ruling on Defendant Christopher Mulhearn's <u>Motion to Dismiss</u> [#11], Defendants' <u>Motion to Dismiss</u> [#13], Plaintiffs' <u>Motion to Strike Motions to Dismiss and Motion to File Additional Pages Together With Accompanying Memoranda</u> [#17], and Plaintiffs' <u>Request for Additional Time to File Opposition and Objection to East Providence Defendants' Motion to Dismiss</u> [#25]. Because this court finds that it lacks subject-matter jurisdiction, this action is hereby DISMISSED. This case is CLOSED.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                              United States District Judge